JOSEPH LAMBDEN, RESPONDENT, v. ELIZABETH H. TYLER,
APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered on the
report of a referee.

The plaintiff was a real estate broker, and was, as the referee
found, employed by the defendant to sell certain real estate, and
was " the procuring cause of the sale " which was made of it, he
having entered into the first negotiations with the purchaser,
though the parties subsequently conducted their own negotiations
as to the terms, etc.

Opinion by BARNARD, P. J.

Judgment affirmed, with costs.